# CASE ANNOUNCEMENTS

*November 2, 2009*

[Cite as *11/02/2009 Case Announcements,* 2009-Ohio-5736.]

## MOTION AND PROCEDURAL RULINGS

2009–0948.   State ex rel. Brown v. Lemmerman.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 29, 2009, relator filed a reply brief. Pursuant to this court's August 26, 2009 order, the reply brief was due no later than October 16, 2009. Whereas S.Ct.Prac.R. XIV(1)(D) prohibits untimely filings,

It is ordered by the court, sua sponte, that relator's reply brief is stricken.